SEND-0

FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2014
CENTRAL DISTRICT OF CALIFORNIA
EASTERN ~~~ BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Jesus Valencia-Valencia

    Defendant.

Case No.: ED 14-298M

ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS
(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of Oregon for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)     The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)     information in the Pretrial Services Report and Recommendation

    (X)     information in the violation petition and report(s)

    (X)     the defendant's nonobjection to detention at this time

    ( )     other: _____

1

|   |   |   |
|---|---|---|
| 1 |   | and/or |
| 2 | B. (X) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: |

    (X)  information in the Pretrial Services Report and Recommendation
    (X)  information in the violation petition and report(s)
    (X)  the defendant's nonobjection to detention at this time
    ( )  other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 14, 2014

_____
SHERI PYM
United States Magistrate Judge